BRANT v. COMPTON

No. 87.

Case below: 16 N.C. App. 184.

Appeal treated as petition for writ of certiorari to North Carolina Court of Appeals denied 29 November 1972.

ELECTRIC CO. v. SHOOK

No. 144 PC.

Case below: 17 N.C. App. 81.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 February 1973.

FONVILLE v. DIXON

No. 133 PC.

Case below: 16 N.C. App. 664.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

FOSTER v. WEITZEL

No. 143 PC.

Case below: 17 N.C. App. 90.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.

JAMES v. BOARD OF EDUCATION

No. 79.

Case below: 15 N.C. App. 531.

Motion of defendant to withdraw appeal allowed 7 December 1972.